UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G.G. (a minor) *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SALESFORCE, INC., <br><br> *Defendant*. | Case No. 1:20-CV-2335 |

**UNOPPOSED MOTION TO EXTEND PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

Defendant Salesforce, Inc. hereby moves to extend the page limit for the briefing in connection with Salesforce's planned motion to dismiss Plaintiff's Fourth Amended Complaint under Rule 12(b)(6). That motion will be filed on July 9, 2025, per this Court's Order. Dkt. 234. Plaintiff does not oppose the relief sought in this motion.

Salesforce's motion to dismiss will address a number of dispositive legal issues, including the interpretation of the Trafficking Victims Protection Act (TVPA) and the Seventh Circuit's decision in *G.G. v. Salesforce.com, Inc.*, 76 F.4th 544 (7th Cir. 2023), all as applied to Plaintiff's Fourth Amended Complaint. Plaintiff also has added a new claim under 18 U.S.C. § 2255, which will require briefing on several separate legal issues under that statute. In order to provide adequate briefing on these issues, the parties will require additional pages beyond the limit imposed by Local Rule 7.1, which provides for fifteen (15) pages for motions absent "approval of the court."

Good cause exists for the relief sought herein. Accordingly, Salesforce respectfully requests that the Court enter an order extending the page limits on Salesforce's Opening Brief to

twenty-five (25) pages, Plaintiffs' Opposing Brief to an equal twenty-five (25) pages, and any Reply Brief to fifteen (15) pages.

DATED: July 8, 2025  Respectfully submitted,

/s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Lucas T. Rael
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 472-8700
Facsimile: (312) 471-8701
pholmes@rshc-law.com
lrael@rshc-law.com

Kristin A. Linsley (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8395
Facsimile: (415) 374-8471
klinsley@gibsondunn.com

Bradley J. Hamburger (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7658
Facsimile: (213) 229-6658
bhamburger@gibsondunn.com

Andrew P. LeGrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
alegrand@gibsondunn.com

*Counsel for Defendant Salesforce, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2025, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

/s/ *Patricia Brown Holmes*
Patricia Brown Holmes