UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G.G. (a minor) *et al.*, <br><br>                    Plaintiff, <br><br> v. <br><br> SALESFORCE, INC., <br><br>                    Defendant. | Case No. 1:20-CV-2335 <br><br> Consolidated with: <br><br> Case No. 1:25-CV-6867 <br> Case No. 1:25-CV-6868 <br> Case No. 1:25-CV-6869 <br> Case No. 1:25-CV-6870 <br> Case No. 1:25-CV-6871 <br> Case No. 1:25-CV-6872 |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant Salesforce, Inc. and Plaintiffs (collectively, the "Parties") in consolidated case numbers 1:25-CV-6867 (*A.I.R. v. Salesforce, Inc.*), 1:25-CV-6868 (*J.M.M. v. Salesforce, Inc.*), 1:25-CV-6869 (*K.B. v. Salesforce, Inc.*), 1:25-CV-6870 (*N.R.J. v. Salesforce, Inc.*), 1:25-CV-6871 (*M.K. v. Salesforce, Inc.*), and 1:25-CV-6872 (*N.A.M. v. Salesforce, Inc.*) (collectively, the "Consolidated Cases"), jointly request leave to file opening and opposition briefs in excess of the 15-page limit set in Local Rule 7.1, but not to exceed 25 pages. Specifically, Salesforce intends to file (1) a consolidated motion to dismiss on non-merits issues in the Consolidated Cases, and (2) a consolidated alternative motion to transfer venue in the Consolidated Cases. And Plaintiffs intend to file consolidated responses to each. In support of this motion, the Parties state the following:

1. On August 27, 2025, the Court consolidated the Consolidated Cases into the above-captioned case. Dkt. 268.

2. On September 11, 2025, at a status hearing on the above-captioned case and the Consolidated Cases, the Court proposed that the Parties meet and confer regarding the scope and timing for motions to dismiss addressing non-merits issues in the Consolidated Cases, given the pending motion to dismiss in the original above-captioned case. That same day, the Court also ordered the Parties to meet and confer and submit a proposed briefing schedule for Salesforce's motions by October 9, 2025. Dkt. 287.

3. On September 29, 2025, the Parties conferred via email and agreed to limit their motion to dismiss briefing to non-merits issues, such as jurisdiction and venue, and to reserve motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) until the Court resolved the non-merits issues.

4. On October 8, 2025, pursuant to the Court's order, the Parties filed a joint motion to set a briefing schedule for these non-merits motions. Dkt. 296.

5. On October 15, 2025, the Parties filed a joint motion to withdraw the previously proposed schedule and set an amended briefing schedule for these non-merits motions. Dkt. 298. Under that proposed briefing schedule, Salesforce's non-merits motion(s) will be due January 23, 2026, any opposition(s) by the Plaintiffs will be due February 13, 2026, and Salesforce's reply brief(s) will be due February 27, 2026. Dkt. 298 at 2. Although this joint motion to set an amended briefing schedule remains pending, the Parties intend to file their briefs in accordance with these deadlines.

6. To promote efficiency and avoid duplicative briefing, the Parties intend to file consolidated briefs addressing all the Consolidated Cases, rather than separate briefs in each case.

7.  Unusual circumstances warranting longer briefs exist in these cases. The Consolidated Cases include a diverse group of plaintiffs,[1] most of whom reside in different states, and each case presents distinct jurisdictional and venue facts that must be addressed separately, even in consolidated briefs.

8.  If the Parties were to file separate briefs in each of the Consolidated Cases, they would be entitled to file up to twelve 15-page briefs for their opening and opposition briefs[2]—totaling up to 180 pages each of briefing on overlapping issues (excluding reply briefing). Modestly enlarged briefs will be substantially more efficient and less burdensome for the Court and the Parties.

9.  Salesforce has made good faith efforts to streamline its anticipated motion(s) and to avoid unnecessary duplication, but reasonably requires up to 25 pages to present the relevant jurisdictional and venue facts and arguments in a clear and organized manner.

10. For these reasons, Salesforce respectfully requests leave to file opening briefs in support of its non-merits motion to dismiss and alternative motion to transfer venue, not to exceed 25 pages.

11. For the same reasons, Plaintiffs respectfully request leave for an enlarged opposition brief in response to each motion, also not to exceed 25 pages.

---

[1] There are 247 plaintiffs across the Consolidated Cases.

[2] This number is based on six separate motion to dismiss briefs (and opposition briefs) and six separate motion to transfer briefs (and opposition briefs).

DATED: January 12, 2026

/s/ *David E. Harris*
SICO HOELSCHER HARRIS LLP
David E. Harris
State Bar No. 24049273
Craig M. Sico
IL State Bar No. 90785913
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 653-3300
Facsimile: (361) 653-3333
dharris@shhlaw.com
csico@shhlaw.com

and

ANNIE MCADAMS, PC
Annie McAdams
State Bar No. 24051014
2900 North Loop West, Suite 1130
Houston, Texas 77092
Telephone: (713) 785-6262
Facsimile: (866) 713-6141
teamamc@mcadamspc.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Lucas T. Rael
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 472-8700
Facsimile: (312) 471-8701
pholmes@rshc-law.com
lrael@rshc-law.com

Kristin A. Linsley (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8395
Facsimile: (415) 374-8471
klinsley@gibsondunn.com

Bradley J. Hamburger (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7658
Facsimile: (213) 229-6658
bhamburger@gibsondunn.com

Andrew P. LeGrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
alegrand@gibsondunn.com

*Counsel for Defendant Salesforce, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of January, 2026, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

                                                  */s/ Patricia Brown Holmes*
                                                  Patricia Brown Holmes