**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| G.G. (a minor) *et al.*,<br>        *Plaintiffs,*<br><br>v.<br><br>SALESFORCE, INC.,<br>        *Defendant*. | Case No. 1:20-CV-2335<br><br>Consolidated with:<br><br>Case No. 1:25-CV-6867<br>Case No. 1:25-CV-6868<br>Case No. 1:25-CV-6869<br>Case No. 1:25-CV-6870<br>Case No. 1:25-CV-6871<br>Case No. 1:25-CV-6872 |

**CONSOLIDATED PLAINTIFFS' MOTION FOR RECONSIDERATION**
**OF ORDER GRANTING STAY AND REQUEST FOR ORAL ARGUMENT**

Consolidated Plaintiffs[1], (A.I.R) Case No. 1:25-CV-6867, (J.M.M.) Case No. 1:25-CV-6868, (K.B.) Case No. 1:25-cv-6869, (N.R.J.) Case No. 1:25-cv-6870, (M.K.) Case No. 1:25-cv-6871, (N.A.M.) Case No. 1:25-cv-6872, respectfully request that the Court reconsider its order staying these matters under 18 U.S.C. § 1595(b)(1). For the reasons discussed in the accompanying memorandum in support, Plaintiffs' claims do not arise "out of the same occurrence in which the claimant is the victim," *id.*, and Salesforce unnecessarily delayed in raising the issue. Accordingly, there is no basis for a stay. The Court should reconsider its order staying these matters, deny Salesforce's motion for a stay, and allow these cases to proceed. In addition, because of the importance of this matter, Plaintiffs request the opportunity to present oral argument on their motion.

---

[1] On August 27, 2025, the Court consolidated the following cases with the above entitled cause: 1:25-cv-6867; 1:25-cv-6868; 1:25-cv-6869; 1:25-cv-6870; 1:25-cv-6871; 1:25-cv-6872. See 1:25-cv-6867, Dkt #21, United States District Court Northern District of Illinois Order of the Executive Committee. This case was designated as the lead case.

Respectfully submitted,

*/s/ Annie Mc Adams*
Annie McAdams
Lead Attorney
N.D. IL No. 25051014
ANNIE MCADAMS PC
2900 North Loop W Ste 1130
Houston, TX 77092
Telephone: (713) 785-6252
Facsimile: (888) 713-0451
annie@mcadamspc.com

*/s/ David E. Harris*
David E. Harris
Texas Bar No. 24049273
S.D. Tex. No. 712461
Craig M. Sico
Texas Bar No. 18339850
S.D. Tex. No. 13540
SICO HOELSCHER HARRIS LLP
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 653-3300
Facsimile: (361) 653-3333
dharris@shhlaw.com
csico@shhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, a copy of this document was served on all counsel of record via email and through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Annie McAdams*
Annie McAdams

2