

2900 North Loop West, Suite 1130
Houston, Texas 77092
t: 713-785-6262 | fax: 866-713-6141
www.anniemcadamspc.com

March 17, 2026

The Honorable Virginia M. Kendall
United States District Judge
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

      Re:    *Jane Doe (Consolidated Plaintiffs) vs. Salesforce*; Case No. 1:20-cv-02335;
              Clarification Regarding Motion for Reconsideration Filed March 17, 2026 —
              Consolidated Plaintiffs Only; No Appearance on Behalf of *G.G. v. Salesforce*

Dear Honorable Judge Kendall:

I write to clarify the scope of the Motion for Reconsideration filed today in the above-referenced consolidated proceedings. (Dkt. 365 and 366) The motion was filed solely on behalf of the Consolidated Plaintiffs in the cases in which the undersigned serves as lead counsel. While the "Docket Text" indicates it was a "Motion by Plaintiff G.G." it was not filed on behalf of, and should not be attributed to, the plaintiff in *G.G. v. Salesforce*.

Any references in today's filing to the stay order and its effect on consolidated proceedings are limited to the cases in which the undersigned counsel of record.

We respectfully request that the Court's docket reflect this clarification. We apologize for any confusion the filing caption may have created and are available to provide any additional information the Court may require.

Respectfully submitted,

Annie McAdams
Lead Counsel for Consolidated Plaintiffs

cc:    All Counsel of Record (via ECF)