**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

G G (a minor), et al.

                    Plaintiff,

v.                                                Case No.: 1:20–cv–02335
                                                  Honorable Virginia M. Kendall

Salesforce, Inc., et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Oral Argument regarding Motion for Reconsideration [365] scheduled for 5/26/2026 is stricken. The courtroom deputy will coordinate with Parties to reschedule. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.